UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>      v.<br><br>BRIAN MARC RUBIN,<br><br>                                Defendant. | Civil Action No. 23-cv-15013 |

**PLAINTIFF SEC'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT
AGAINST DEFENDANT BRIAN MARC RUBIN**

Plaintiff U.S. Securities and Exchange Commission ("SEC") asks the Court to enter the attached final judgment against Defendant Brian M. Rubin. The Court has previously entered judgment enjoining Rubin from further violations of the insider trading provisions of the securities laws and ordered Rubin to disgorge net profits gained as a result of the conduct alleged in the Complaint. ECF No. 17. In the judgment, the Court ordered that it "shall determine the amount of the civil penalty upon motion of the Commission." (*Id.* at § IV). In his parallel criminal case, Rubin was ordered to serve a term of three years of probation and 100 days of home detention and pay a fine roughly equal to the amount of disgorgement in a parallel criminal proceeding in this district. *See United States v. Rubin*, No. 23-CR-00552 (N.D. Ill.) (Seeger, J) (ECF No. 37 at 2-3, 6). The Commission has now determined to forgo seeking a civil penalty against Rubin. The Commission has also conferred with counsel for Rubin who does not oppose this request.

In support of its motion, the SEC states as follows:

1

1. The SEC's Complaint alleges that Rubin violated the federal securities laws by engaging in insider trading. *See* ECF No. 1. In a parallel proceeding, a federal grand jury indicted Rubin for insider trading. *See United States v. Rubin*, 1:23-CR-00552 (Seeger, J.) (ECF No. 1).

2. On or about October 18, 2023, the SEC and Rubin agreed, in partial settlement of the SEC's claims, to entry of the Proposed Judgment. ECF No. 4 (Unopposed Motion for Entry of Judgment By Consent); 4-1 (Rubin's Consent).

3. On February 15, 2024, the Court entered a judgment against Rubin, eliminating the need to litigate the merits of Rubin's liability. ECF No. 17. The Court also permanently enjoined Rubin from violating the insider trading provisions of the securities laws, *see* ECF No. 17 at ¶¶ I, II, and ordered that Rubin pay disgorgement and prejudgment interest within 30 days following the entry of the Proposed Judgment. *Id.* at ¶ III.

4. The Judgment also provided that the remaining relief sought by the SEC – civil monetary penalties – shall be resolved by the Court at a later date, after the conclusion of the criminal proceedings. *See* ECF 17 at ¶ IV.

5. On February 21, 2024, Rubin paid disgorgement to the SEC, in the amount of $107,372.00, in compliance with the Court's order.

6. On January 29, 2024, Rubin pleaded guilty to Count One of the Indictment pending against him. ECF No. 23 (Minute Entry on rearraignment); 24 (Plea Agreement).

7. On July 1, 2024, the court in the parallel criminal proceeding entered a judgment against Rubin, which imposed a sentence of three years probation, 100 days of home detention, and a fine of $ 90,307.32. ECF No. 37.

8. In light of the remedies imposed in the criminal case, the SEC seeks to forego

the imposition of a civil penalty.

9.       The Court should therefore enter the attached final judgment, which incorporates the prior injunctive relief, disgorgement, and prejudgment interest ordered against Rubin.

10.     Counsel for Defendant has been consulted prior to the filing of this motion, and does not object to the SEC's request to forgo the penalty under these circumstances.

Respectfully Submitted,

Dated: September 4, 2024

*/s/ Christopher H. White*
CHRISTOPHER H. WHITE
Local Counsel
U.S. Securities & Exchange Commission
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone: (312) 353-7390
Facsimile: (312) 353-7398

*/s/ Sharan E. Lieberman*
SHARAN E. LIEBERMAN
(LiebermanS@sec.gov)
*pro hac vice*
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Phone: (303) 844-1000
Facsimile: (303) 297-1730

Attorneys for Plaintiff
U.S. Securities and Exchange Commission